| Date | Pleading Number | |
|---|---|---|
| 2/21/75 | 1 | MOTION, MEMORANDUM IN SUPPORT OF MOTON, EXHIBIT A & B, CERT OF SERVICE From Defendant FOTOMAT CORP. for 28 U.S.C. §1407 transfer to the S.D. California for coordinated or consolidated pretrial proceedings   SUGGESTED TRANSFEREE FORUM :: S.D. California |
| 3/5/75 | | HEARING ORDER -- Setting A-1 through A-5 for hearing-- March 21, 1975 Dallas, Texas |
| 3/10/75 | 2 | RESPONSE --- JAMES C. GLOVER w/cert. of service |
| 3/10/75 | 3 | RESPONSE -- PHOTOVEST CORP. W/BRIEF & Cert. of service |
| 3/10/75 | 4 | RESPONSE -- Plaintiffs Arthur E. Stuz and Robert L. Stuz, Donald M. Ogilvie and Griesedieck Enterprises w/brief and affidavit of service |
| 3/17/75 | 5 | REPLY -- Fotomat Corp., w/exhibits and cert. of service |
| 3/31/75 | | LETTER -- Fotomat Corp. requesting that Reply (No. 5) be sealed. |
| 6/4/75 | | OPINION AND ORDER -- DENYING transfer pursuant to 28 U.S.C. §1407 |

OPINION AND ORDER, June 4, 1975 — F.Supp. — (1975)  Case MDL No. 204  Document 1  Filed 05/01/15  Page 2 of 3
DOCKET NO. 204 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Return

## Description of Litigation

### IN RE FOTOMAT FRANCHISEE LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s): 3/21/75

Date(s) of Opinion(s) or Order(s): 6/4/75

Consolidation Ordered: ____   Name of Transferee Judge: ____

Consolidation Denied: xx   Transferee District: ____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | James C. Glover, et al. v. Fotomat Corp. | S.D. Cal / Enright | 74-539-E | | | | Fotomat Motion filed 2/21/75 |
| A-2 | Arthur E. Stutz, et al., and Robert L. Stutz v. Fotomat Corp. | W.D. Mo. / Collinson | 75CV59-W-2 | | | | |
| A-3 | Donald M. Ogilvie v. Fotomat Corp. | W.D. Mo. / Oliver | 75CV60-W-1 | | | | |
| A-4 | Griesedieck Enterprises No. 1, Inc., et al. v. Fotomat Corp. | W.D. Mo. / Collinson | 75CV61-W-2 | | | | |
| A-5 | Photovest Corp. v. Fotomat Corp. | S.D. Ind / Holder | IP74-705-C | | | | |

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 204 -- IN RE FOTOMAT FRANCHISE LITIGATION

| Plaintiff | Defendant |
|---|---|
| JAMES C. GLOVER, ET AL. (A-1)<br>J. David Franklin, Esquire<br>Cornish & Franklin<br>1380 Bank of California Plaza<br>110 West "A" Street<br>San Diego, California  92101 | FOTOMAT CORPORATION<br>Allan J. Reniche, Esquire<br>Sullivan, Jones & Archer<br>1200 Third Ave., Suite 1400<br>San Diego, California  92101 |
| ARTHUR E. STUTZ, ET AL. (A-2)<br>DONALD M. OGILVIE (A-3)<br>GRIESEDIECK ENTERPRISES NO. 1,<br>  INC., ET AL. (A-4)<br>Warren E. Slagle, Esquire<br>Slagle & Bernard<br>127 West Tenth St., Suite 500<br>Kansas City, Missouri  64105 | |
| PHOTOVEST CORP. (A-5)<br>Theodore R. Boehm, Esquire<br>Baker & Daniels<br>810 Fletcher Trust Building<br>Indianapolis, Indiana  46204 | |